Document entered in this case in error.