IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHEILA STANLEY,

    Plaintiff,

v.  No. 13-2741

MET LIFE GROUP, INC. d/b/a MET
LIFE INSURANCE COMPANY,
GENERAL MOTORS, LLC, and
GENERAL MOTORS EMPLOYEE
BENEFITS WELFARE PLAN,

    Defendants.

---

METROPOLITAN LIFE INSURANCE
COMPANY, INC.,

    Counter-Claim and Third-Party
    Interpleader Plaintiff,

v.

SHEILA STANLEY, SABRINA WILLIAMS,
MARK A. WILLIAMS, ANTHONY D.
WILLIAMS, ANGELA M. WILLIAMS,
MALCOLM E. WILLIAMS, THE ESTATE OF
MARIA WILLIAMS, and FORD ACCEPTANCE
CORPORATION,

    Counter-Claim and Third-Party
    Interpleader Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION, PERMITTING
METROPOLITAN LIFE INSURANCE COMPANY TO DEPOSIT FUNDS
INTO COURT AND DISMISSING IT WITH PREJUDICE

---

Pursuant to an order of reference, the magistrate judge, on August 19, 2014, entered a

report and recommendation recommending that Counter-Claim and Third-Party Interpleader

Plaintiff Metropolitan Life Insurance Company be permitted to pay funds into the Court and be dismissed from the action. (D.E. 59.) To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety.

IT IS SO ORDERED this 8th day of September 2014.

                                                s/ J. DANIEL BREEN
                                                CHIEF UNITED STATES DISTRICT JUDGE