IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHEILA STANLEY,

    Plaintiff,

v.  No. 13-2741

MET LIFE GROUP, INC. d/b/a MET
LIFE INSURANCE COMPANY,
GENERAL MOTORS, LLC, and
GENERAL MOTORS EMPLOYEE
BENEFITS WELFARE PLAN,

    Defendants.
_____

METROPOLITIAN LIFE INSURANCE
COMPANY, INC.,

    Counter-Claim and Third-Party
    Interpleader Plaintiff,

v.

SHEILA STANLEY, SABRINA WILLIAMS,
MARK A. WILLIAMS, ANTHONY D.
WILLIAMS, ANGELA M. WILLIAMS,
MALCOLM E. WILLIAMS, THE ESTATE OF
MARIA WILLIAMS, and FORD ACCEPTANCE
CORPORATION,

    Counter-Claim and Third-Party
    Interpleader Defendants.
_____

ORDER ADOPTING REPORT AND RECOMMENDATION
_____

Pursuant to an order of reference, the magistrate judge, on May 21, 2015, entered a report and recommendation recommending that a default judgment be granted to Cross-Claimant, Shelia Stanley; that a final judgment be entered in her favor; and that the Clerk of Court be

directed to release the deposited funds, $48,103.58 plus accrued interest, to Stanley's counsel. (D.E. 99.) To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety. Stanley's motion for default judgment is GRANTED, and final judgment shall be entered in her favor. The Clerk is DIRECTED to release the deposited funds to Cross-Claimant's attorney.

IT IS SO ORDERED this 11th day of June 2015.

                                              s/ J. DANIEL BREEN
                                              CHIEF UNITED STATES DISTRICT JUDGE